**Electronically Filed
Supreme Court
SCWC-16-0000624
21-MAY-2019
11:43 AM**

SCWC-16-0000624

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

In the Matter of the Tax Appeal
of
LEWIS W. POE, Petitioner/Taxpayer-Appellant,

vs.

CITY AND COUNTY OF HONOLULU, Respondent/Appellee.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-16-0000624; CASE NO. 01-0143)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Taxpayer-Appellant Lewis W. Poe's application for writ of certiorari filed on April 1, 2019, is hereby rejected.

DATED:  Honolulu, Hawai'i, May 21, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack



/s/ Michael D. Wilson